UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| AMERICAN POWER, LLC | : Case No. 3:17-cv-00347-WHR |
| Plaintiff, | : (Judge Walter H. Rice) |
| v. | : |
| DOUGLAS O. HARRIS, et al. | : |
| Defendants. | : |

**MARMON AND FONTAINE DEFENDANTS' MOTION FOR LEAVE OF COURT TO FILE RESPONSE TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION (DKT. 63)**

Pursuant to S.D. Ohio L.R. 7.2(a)(2), Marmon Highway Technologies, Inc. ("Marmon") and Kelly Dier (together, the "Marmon Defendants"), and Fontaine Engineered Products, Inc. ("Fontaine"), Henry Prochazka, and Berkley Buchanan (together, the "Fontaine Defendants"), through counsel, hereby move for leave of Court to file their Response to Plaintiff's Supplemental Memorandum in Opposition to Defendants' Objections to Report and Recommendations of Magistrate Judge and Memorandum of Law (Dkt. No. 63).  A memorandum in support is attached.

Respectfully submitted,

 s/ Timothy G. Pepper
Timothy G. Pepper (0071076)
   Trial Attorney
TAFT STETTINIUS & HOLLISTER LLP
40 North Main Street, Suite 1700
Dayton, Ohio 45423-1029
P: (937) 641-1740
F: (937) 228-2816
pepper@taftlaw.com

J. David Duffy, Esq. *(adm. phv 02/15/2018)*
Lawrence C. Friedman *(adm. phv 02/02/2018)*
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
P: (314) 552-6000
F: (314) 552-7000
dduffy@thompsoncoburn.com
lfriedman@thompsoncoburn.com

Counsel for Kelly Dier, Henry Prochazka, Berkley Buchanan, Marmon Highway Technologies LLC, and Fontaine Engineered Products Inc.

1

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE RESPONSE TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION (DOC. NO. 63)**

Plaintiff's Supplemental Opposition to Defendants' Objections to Report and Recommendation of Magistrate Judge ("Supplemental Opposition," Doc. No. 63) was filed more than one year after the "new" decision on which it is based, *Dougherty v. Esperion Therapeutics, Inc.*, 905 F.3d 971 (6th Cir. 2018), was issued, and more than one year after briefing closed on Defendants' objections to the Magistrate's Report and Recommendations.  Plaintiff's tardiness in raising the *Dougherty* case as supplemental authority is reason enough to disregard the Supplemental Opposition.  However, it should be disregarded as to the Marmon and Fontaine Defendants[1] for the additional reason that the *Dougherty* case is wholly inapposite to the Marmon and Fontaine Defendants' dismissal arguments.  The *Dougherty* court did not address the vast majority of the legal arguments raised in the Marmon and Fontaine Defendants' dismissal papers, and on the one narrow issue where there is some overlap in the legal argument – whether plaintiffs sufficiently pled *scienter* at the dismissal stage – the facts in *Dougherty* are easily distinguished from those applicable to the Marmon and Fontaine Defendants here.  For those reasons, the Marmon and Fontaine Defendants respectfully request leave of Court to file a short response to Plaintiff's Supplemental Opposition.

A proposed order granting leave of Court is attached hereto as Exhibit A and the Marmon and Fontaine Defendants' proposed response to Plaintiff's Supplemental Opposition is attached hereto as Exhibit B.

---

[1] Marmon Highway Technologies, Inc. ("Marmon") and Kelly Dier (together, the "Marmon Defendants"), and Fontaine Engineered Products, Inc. ("Fontaine"), Henry Prochazka, and Berkley Buchanan (together, the "Fontaine Defendants").

2

Respectfully submitted,

 s/ Timothy G. Pepper
Timothy G. Pepper (0071076)
    Trial Attorney
TAFT STETTINIUS & HOLLISTER LLP
40 North Main Street, Suite 1700
Dayton, Ohio 45423-1029
P: (937) 641-1740
F: (937) 228-2816
pepper@taftlaw.com

J. David Duffy, Esq. *(adm. phv 02/15/2018)*
Lawrence C. Friedman *(adm. phv 02/02/2018)*
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
P: (314) 552-6000
F: (314) 552-7000
dduffy@thompsoncoburn.com
lfriedman@thompsoncoburn.com

Counsel for Kelly Dier, Henry Prochazka, Berkley Buchanan, Marmon Highway Technologies LLC, and Fontaine Engineered Products Inc.