UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| AMERICAN POWER, LLC | : | Case No. 3:17-cv-00347-WHR |
| Plaintiff, | : | (Judge Walter H. Rice) |
| v. | : | |
| DOUGLAS O. HARRIS, et al. | : | |
| Defendants. | : | |

**ORDER GRANTING MARMON AND FONTAINE DEFENDANTS' MOTION FOR LEAVE OF COURT TO FILE RESPONSE TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION**

This matter comes before the Court on the Motion of Defendants Marmon Highway Technologies, Inc. ("Marmon") and Kelly Dier (together, the "Marmon Defendants"), and Fontaine Engineered Products, Inc. ("Fontaine"), Henry Prochazka, and Berkley Buchanan (together, the "Fontaine Defendants") for Leave of Court to File Response to Plaintiff's Supplemental Memorandum in Opposition to Defendants' Objections to Report and Recommendations of Magistrate Judge.

The Court finds good cause shown and the Marmon and Fontaine Defendants' motion is hereby GRANTED. The Marmon and Fontaine Defendants shall file their Response to Plaintiff's Supplemental Memorandum forthwith.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE