UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| AMERICAN POWER, LLC | ) | Case No. 3:17-cv-00347 |
| | ) | |
| Plaintiff, | ) | Judge Michael Newman |
| | ) | |
| vs. | ) | |
| | ) | |
| DOUGLAS O. HARRIS, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DEKTRIX, LLC | ) | Case No. 3:21-cv-00021 |
| | ) | |
| Plaintiff, | ) | Judge Walter H. Rice |
| | ) | |
| vs. | ) | |
| | ) | |
| ADIL BAGUIROV, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF AMERICAN POWER, LLC'S
UNOPPOSED MOTION TO CONSOLIDATE**

Upon motion, and for good cause shown, Cases No. 3:17-cv-00347 and 3:21-cv-00021 shall be consolidated into Case No. 3:17-cv-00347. All future case filings are to be filed in Case No. 3:17-cv-00347.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Martin A. Foos
Martin A. Foos (0065762)
Chandler L. Watson (0099447)
Foos Lentz & Posey LLP
109 North Main Street Suite 500
Dayton, Ohio 45402
(937) 913-0200
(937) 824-2818 (Fax)
mfoos@flp.law
cwatson@flp.law
*Attorneys for Plaintiff*
*American Power, LLC*