UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| AMERICAN POWER, LLC | : | |
| | : | |
| Plaintiff, | : | Case No. 3:17-cv-00347-MJN-SLO |
| | : | |
| v. | : | |
| | : | |
| DOUGLAS O. HARRIS, *et al.* | : | |
| | : | |
| Defendants. | : | and |
| DEKTRIX LLC | : | |
| | : | Case No. 3:21-cv-00021 |
| Plaintiff, | : | |
| | : | CONSOLIDATED |
| v. | : | |
| | : | District Judge Michael J. Newman |
| AMERICAN POWER, *et al.* | : | |
| | : | |
| Defendants. | : | |

## ORDER OF DISMISSALS OF CERTAIN PARTIES AND CLAIMS

On the stipulation of the Plaintiff American Power LLC and Defendants Douglas O. Harris, Murray J. Crane, Mike Morley, Scott Larson, Dektrix LLC ("Dektrix"), Dektrix Transportation Services LLC ("Dektrix Trans"), and Dektrix Intermodal LLC ("Dektrix Intermodal"),

IT IS HEREBY ORDERED dismissing without prejudice Defendant Scott Larson from all claims in Case No. 3:17-cv-00347.

IT IS FURTHER ORDERED dismissing without prejudice Defendants Douglas O. Harris, Murray J. Crane, Mike Morley, Scott Larson, Dektrix Transportation Services LLC ("Dektrix Trans"), and Dektrix Intermodal LLC ("Dektrix Intermodal"), from Count IV (Breach

of Contract) in Case No. 3:17-cv-00347.

      IT IS FURTHER ORDERED THAT In connection with these dismissals each party will bear its own costs.

<u>March 26, 20121</u>

                                                         <u>s/Michael J. Newman</u>
                                                          Hon. Michael J. Newman
                                                          United States District Judge