UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| AMERICAN POWER, LLC, | |
| Plaintiff, | Case No. 3:17-cv-347 |
| vs. | |
| DOUGLAS O. HARRIS, *et al*., | District Judge Michael J. Newman |
| | Magistrate Judge Peter B. Silvain, Jr. |
| Defendants. | |
| | CONSOLIDATED |
| DEXTRIX, LLC, | |
| Plaintiff, | Case No. 3:21-cv-21 |
| vs. | |
| AMERICAN POWER, *et al*., | District Judge Michael J. Newman |
| | Magistrate Judge Peter B. Silvain, Jr. |
| Defendants. | |

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION DISMISSING COUNT IV (BREACH OF CONTRACT) (Doc. No. 195); AND (2) DISMISSING COUNT IV (BREACH OF CONTRACT) WITH PREJUDICE**

This case is before the Court upon the parties' joint motion to dismiss Count IV (breach of contract).  Doc. No. 195.

For good cause shown, the parties' joint motion (Doc. No. 195) is **GRANTED**.  The Court hereby **DISMISSES** Count IV (breach of contract) **with prejudice**.  Each party to bear its own costs thereon.

**IT IS SO ORDERED.**

December 20, 2023
s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge