UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

AMERICAN POWER, LLC,

       Plaintiff,                              Case No. 3:17-cv-347

vs.

DOUGLAS O. HARRIS, *et al*.,             District Judge Michael J. Newman

       Defendants.

_____       CONSOLIDATED

DOUGLAS O. HARRIS, *et al*.,

       Plaintiff,                              Case No. 3:21-cv-21

vs.

AMERICAN POWER, *et al*.,             District Judge Michael J. Newman

       Defendants.

---

**ORDER: (1) GRANTING AMERICAN POWER LLC'S MOTION TO FILE DOCUMENT UNDER SEAL (Doc. No. 232); AND (2) INSTRUCTING THE CLERK OF COURT TO ACCEPT AS FILED UNDER SEAL EXHIBIT 7 TO AMERICAN POWER LLC'S SUR-REPLY (Doc. No. 230)**

---

      For good cause shown, American Power LLC's motion for leave to file under seal (Doc. No. 232) is **GRANTED**.  The Clerk of Court is **INSTRUCTED** to accept as filed under seal Exhibit 7 to American Power's sur-reply (Doc. No. 230) in opposition to Defendants' motion for summary judgment on all remaining claims.

      **IT IS SO ORDERED.**

   June 5, 2024                          s/*Michael J. Newman*_____
                                          Hon. Michael J. Newman
                                          United States District Judge