UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

AMERICAN POWER, LLC,

    Plaintiff,

vs.

DOUGLAS O. HARRIS, *et al.*,

    Defendants.

Case Nos. 3:17-cv-347

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

DEKTRIX, LLC,

    Plaintiff,

vs.

ADIL BAGUIROV, *et al.*,

    Defendants.

Case Nos. 3:21-cv-321

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) ADOPTING THE AMENDED REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE PETER B. SILVAIN, JR. (Doc. No. 241); (2) DENYING PLAINTIFF'S MOTION FOR SANCTIONS (Doc. No. 201); AND (3) TERMINATING THE REFERRAL TO MAGISTRATE JUDGE SILVAIN**

---

The Court has reviewed the Amended Report and Recommendation of United States Magistrate Judge Peter B. Silvain, Jr. (Doc. No. 241)[1] to whom this matter was referred pursuant to 28 U.S.C. § 636(b), and notes that no objections were filed thereto and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.  Upon careful consideration and review, the Court finds the Report and Recommendation sets forth the applicable law, cogently applies it to

---

[1] All docket citations in this Order to documents refer to the filings in *American Power, LLC v. Douglas O. Harris, et al.*, No. 3:17-cv-347 (S.D. Ohio).

the parties' disputed issues (Doc. Nos. 201, 206, 214), and is not "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *see* Fed. R. Civ. P. 72(a).  Therefore, the Court hereby (1) **ADOPTS** the Amended Report and Recommendation; (2) **DENIES** Plaintiff's motion for sanctions; and (3) **TERMINATES** the reference of Plaintiff's motion for sanctions to Magistrate Judge Silvain.

    **IT IS SO ORDERED.**

<u>November 26, 2024</u>                                            s/*Michael J. Newman*
                                                                             Hon. Michael J. Newman
                                                                             United States District Judge