UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| AMERICAN POWER, LLC, | Case No. 3:17-cv-347 |
| | Case No. 3:21-cv-21 |
| Plaintiff, | |
| | CONSOLIDATED |
| vs. | |
| | |
| DOUGLAS O. HARRIS, *et al.*, | District Judge Michael J. Newman |
| | Magistrate Judge Peter B. Silvain, Jr. |
| Defendants. | |
| ──────────────────────────── | |
| DEKTRIX, LLC, | |
| Plaintiff, | |
| v. | |
| AMERICAN POWER, *et al.*, | |
| Defendants. | |

_____

**ORDER GRANTING LEAVE TO APPEAR VIA TELEPHONE (Doc. No. 252) AT DECEMBER 16, 2024 PRETRIAL CONFERENCE**
_____

On motion of Richard Harris, Counsel for Dektrix, and for good cause shown, the Court **GRANTS** Richard Harris's motion to appear at the December 16, 2024 Final Pretrial Conference via telephone. Doc. No. 252. To join the Zoom Teleconference, counsel shall call 1-646-828-7666. Three steps are then needed to log into the Zoom Teleconference: 1) enter the Meeting ID: 160 363 3497 and #; 2) Press # (again) to join as a participant; and 3) enter the Passcode: 098 663 and #. If you have any difficulties joining the teleconference, please call Chambers at (937) 512-1640.

**IT IS SO ORDERED.**

December 4, 2024                                            s/*Michael J. Newman*
                                                                          Hon. Michael J. Newman
                                                                          United States District Judge