UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| AMERICAN POWER, LLC, | Case No. 3:17-cv-347 |
| | Case No. 3:21-cv-21 |
| Plaintiff, | |
| | CONSOLIDATED |
| vs. | |
| | |
| DOUGLAS O. HARRIS, *et al.*, | District Judge Michael J. Newman |
| | Magistrate Judge Peter B. Silvain, Jr. |
| Defendants. | |
| DEKTRIX, LLC, | |
| Plaintiff, | |
| v. | |
| AMERICAN POWER, *et al.*, | |
| Defendants. | |

_____

**ORDER: (1) DENYING DEKTRIX'S MOTIONS *IN LIMINE* WITHOUT PREJUDICE (Doc. Nos. 248, 250); AND (2) CLARIFYING THAT THE PARTY MAY RENEW THEIR OBJECTIONS AT TRIAL**
_____

A jury trial in this civil case is set to begin on January 13, 2025. Dektrix, LLC filed two motions *in limine* regarding email communications (Doc. Nos. 248, 250) to which American Power, LLC responded. Doc. Nos. 255, 256.

The Court has fully reviewed and considered these motions. The Court will defer a ruling on each motion and will rule on them as needed at trial. The Court therefore **DENIES WITHOUT PREJUDICE** both motions with the understanding that counsel may renew their motions later.

**IT IS SO ORDERED.**

December 10, 2024                                s/*Michael J. Newman*
                                                                 Hon. Michael J. Newman
                                                                 United States District Judge