UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| AMERICAN POWER, LLC, | Case No. 3:17-cv-347 |
| | Case No. 3:21-cv-21 |
| Plaintiff, | |
| | CONSOLIDATED |
| vs. | |
| | |
| DOUGLAS O. HARRIS, *et al.*, | District Judge Michael J. Newman |
| | Magistrate Judge Peter B. Silvain, Jr. |
| Defendants. | |
| DEKTRIX, LLC, | |
| Plaintiff, | |
| v. | |
| AMERICAN POWER, *et al.*, | |
| Defendants. | |

## ORDER: (1) GRANTING MOTION FOR ORAL ARGUMENT ON JURY INSTRUCTIONS FOR "CONTROL" PERSON LIABILITY (Doc. No. 261); AND (2) SETTING HEARING FOR JANUARY 6, 2025 AT 2:00 P.M. IN COURTROOM 4

This civil case is set for a jury trial on January 13, 2025.  In response to this Court's Order on the "control" person jury instructions (Doc. No. 260), Dektrix, LLC ("Dektrix") filed a motion requesting oral argument.  Doc. No. 261.  The Court **GRANTS** Dektrix's motion and **SETS** oral argument for **January 6, 2025 at 2:00 P.M. in Courtroom 4**.

**IT IS SO ORDERED.**

December 19, 2024                     s/*Michael J. Newman*
                                       Hon. Michael J. Newman
                                       United States District Judge