UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| AMERICAN POWER, LLC, | Case No. 3:17-cv-347 |
| Plaintiff, | Case No. 3:21-cv-21 |
| vs. | CONSOLIDATED |
| DOUGLAS O. HARRIS, *et al.*, | District Judge Michael J. Newman |
| Defendants. | Magistrate Judge Peter B. Silvain, Jr. |
| DEKTRIX, LLC, | |
| Plaintiff, | |
| v. | |
| AMERICAN POWER, *et al.*, | |
| Defendants. | |

**ORDER GRANTING THE PARTIES' UNOPPOSED JOINT MOTION FOR MURRAY CRANE TO APPEAR VIA VIDEO CONFERENCE (Doc. No. 266)**

The Parties filed a joint motion for Defendant Murray Crane to appear and testify at trial by video conferencing. Doc. No. 266. For good cause shown, the Court **GRANTS** the Parties' unopposed, joint motion.

**IT IS SO ORDERED.**

January 3, 2025                                             s/*Michael J. Newman*
                                                                        Hon. Michael J. Newman
                                                                        United States District Judge